# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131005

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GREGORY ALAN PURCELL,
      Defendant-Appellant.

SC: 131005
COA: 268162
Saginaw CC: 99-017796-FH,
  00-018417-FH

_____/

      On order of the Court, the application for leave to appeal the April 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

d0918

Clerk